```
                                    FILED
                            UNITED STATES DISTRICT COURT
                            ALBUQUERQUE, NEW MEXICO

                                    OCT 10 2012

                                    MATTHEW J. DYKMAN
                                         CLERK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 12-2520 |
| | ) | |
| vs. | ) | 18 U.S.C. §§ 922(g)(1) and 924(a)(2): |
| | ) | Felon in Possession of a Firearm and |
| **JAMES CASAUS**, | ) | Ammunition. |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

On or about July 7, 2012, in Bernalillo County, in the District of New Mexico, the defendant, **JAMES CASAUS**, having been convicted in the Second and Fourth Judicial District Courts, New Mexico, of the following felony crimes punishable by imprisonment for a term exceeding one year:

(1) unlawful taking of a motor vehicle in CR2002-01388;

(2) distribution of a controlled substance in CR2002-02794;

(3) conspiracy to commit kidnapping in CR2003-03850;

(4) possession of a firearm by a felon in CR2009-02625;

(5) trafficking (possession with intent to distribute) in CR2010-00070;

(6) possession of a controlled substance: to wit, cocaine in D-0424-CR-2009-00046;

(7) possession of a controlled substance: to wit, methamphetamine in D-0424-CR-2009-00046; and

(8) conspiracy to commit possession of a controlled substance: to wit, cocaine in D-0424-CR-2009-00046,

knowingly possessed, in and affecting commerce, a firearm and ammunition: to wit,

    (1)    a Ruger, model P95DC, 9mm caliber semiautomatic pistol, with an obliterated serial number;

    (2)    approximately twenty-seven (27) Winchester brand 9mm caliber cartridges;

    (3)    approximately three (3) Remington-Peters brand 9mm caliber cartridges; and

    (4)    approximately six (6) Speer brand 9mm caliber cartridges.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

*[signature]*
Assistant United States Attorney

\_\_\_\_\_ October 2012